

Search OPM   Search

## Menu

- Dashboard
- Profile
- Annuity Statements
- Annual Summary of Payments
- Direct Deposit
- Life Insurance
- 1099-R Tax Form
- Federal Tax Withholdings
- State Tax Withholdings
- Checking and Savings Account Allotments
- Organizations Allotments
- Transaction History
- Retirement Card
- Documents

## Annuity Statements



© U.S. Office of Personnel Management (OPM) Retirement Services Online

**Payment Dated:**

2/1/2024

### Annuity For Payment Dated: 2/1/2024

**Employee Info**

Claim Number:

Name:

LISA SHEETS

Address:

1267 COSMOS STREET NW
HARTVILLE OH 44632

## Deductions/Additions

| Description | Amount |
|---|---|
| Gross Amount of Annuity | $2,576.00 |
| Post Retirement FEGLI | -$265.50 |
| Additional Optional Fegli (Option B) | -$22.62 |
| Family Plan FEGLI (Option C) | -$4.00 |
| Basic LI Premium Until 65 (if ret after 1/1/90) | -$40.91 |
| Blue Cross/Blue Shield Service Benefit Plan-Basic | -$568.96 |
| Federal Dental Insurance | -$119.77 |
| Federal Vision Insurance | -$20.35 |
| Federal Income Tax (Citizen) | -$96.03 |
| Net Amount of Annuity | $1,437.86 |

## Comments

# Social Security Administration
# Benefit Verification Letter

Date: January 15, 2024
BNC#:
REF: A

LISA M SHEETS
1267 COSMOS ST NW
HARTVILLE OH  44632-9619

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $3,103.60.

We deduct $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,928.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

We found that you became disabled under our rules on August 24, 2017.

## Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $3,007.40.

We deducted $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,842.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

# Social Security Administration
# Benefit Verification Letter

Date: January 15, 2024
BNC#: ℓ
REF: C1

|||||||||||||||||||||||
LISA SHEETS FOR
LOGAN J SHEETS
1267 COSMOS ST
HARTVILLE OH  44632-9619

You asked us for information from LOGAN JEFFREY SHEETS' record. The information that you requested is shown below.

### Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $775.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $775.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $751.80.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $751.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

### Date of Birth Information

The date of birth shown on our records is November 22, 2019.

See Next Page

# Social Security Administration
# Benefit Verification Letter

Date: January 15, 2024
BNC#:
REF: C

LISA SHEETS FOR
EMMA M SHEETS
1267 COSMOS ST
HARTVILLE OH  44632-9619

You asked us for information from EMMA MONOKA SHEETS' record. The information that you requested is shown below.

### Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $775.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $775.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $751.80.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $751.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

### Date of Birth Information

The date of birth shown on our records is February 19, 2013.

See Next Page